■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AVERY RHYM, Appellant. [850 NYS2d 900]—

Judgment, Supreme Court, New York County (Marcy L. Kahn, J.), rendered November 22, 2006, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony drug offender previously convicted of a violent felony, to a term of six years, unanimously affirmed.

The verdict rejecting defendant's agency defense was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). Defendant's actions were consistent with that of a steerer (*see People v Herring*, 83 NY2d 780, 783 [1994]), and there was no evidence suggesting that he was doing a "favor" for the buyer (*see People v Lam Lek Chong*, 45 NY2d 64, 74-75 [1978], *cert denied* 439 US 935 [1978]), or "of any conversation between defendant and the undercover purchaser as to why the latter needed or wanted to be represented by an 'agent' instead of simply buying his own drugs" (*People v Vaughan*, 300 AD2d 104, 104 [2002], *lv denied* 99 NY2d 633 [2003]). Concur—Mazzarelli, J.P., Williams, Sweeny, Catterson and Moskowitz, JJ.

■ 11 EAST 69TH STREET REDEVELOPMENT ASSOCIATES LLC, Appellant, v SMI CONSTRUCTION MANAGEMENT INC., Respondent. [850 NYS2d 899]—Appeal from an order, Supreme Court, New York County (Marylin G. Diamond, J.), entered April 19, 2007, and motion seeking leave to file supplemental record, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Williams, Sweeny, Catterson and Moskowitz, JJ.